**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CITIMORTGAGE, INC., RESPONDNET : No. 74 MAL 2018
:
:
:
v. : Petition for Allowance of Appeal from
: the Order of the Superior Court
:
THOMAS A. ORMAN AND LESLIE E. :
ESPOSITO-ORMAN, :
:
Petitioners :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.